# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

| | |
|---|---|
| SAUL VANEGAS, Individually and for Others Similarly Situated<br><br>v.<br><br>UTILIQUEST, LLC | **Case No. 3:23-cv-23098-MAS-TJB**<br><br>Jury Trial Demanded<br><br>Rule 23 Class Action |

## **RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Saul Vanegas, hereby dismisses this matter without prejudice. Since no answer or motion for summary judgment has been filed, this dismissal is effective upon its filing. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 1, 2024                              Respectfully submitted,

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez
NJ No. 017642011
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4635
Fax: (215) 875-4604
crodriguez@bm.net

Michael A. Josephson*
Andrew W. Dunlap*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**Pro hac vices forthcoming*

***Attorneys for Vanegas and the Hourly Utility Locators***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 1st day of February 2024.

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez

So Ordered this 2nd day of February, 2024

_____
**Honorable Michael A. Shipp, U.S.D.J.**